RECEIVED

JAN 1 6 2008

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLV...

Francisco A. Burgos
Register No. 50408-066
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 2000 (East)
Fort Dix, New Jersey 08640

Clerk's Office
United States District Court
FOR THE WESTERN DISTRICT OF PENNSYLVAN
102 US Courthouse
617 State Street
Erie, Pennsylvania 16501



CERTIFIED MAIL

60 0000 3040 7703

CLEARED X-RAY SC...

